■ In the Matter of SHIRLEY BIXLER, Petitioner, v JOHN A. WEBER, as Commissioner of Social Services, et al., Respondents.—Determination unanimously annulled, with costs, and petition granted. Memorandum: This is an article 78 proceeding brought with respect to petitioner's discharge following a so-called hearing based upon charges contained in respondents' letter to petitioner dated April 10, 1973. The transcript of the hearing consists of one and one-half pages without any sworn testimony. Respondents did not file

an opposing brief. We find no substantial evidence to sustain respondents' charges in this record. (Review of determination discharging petitioner, transferred by order of Niagara Special Term.) Present—Moule, J. P., Cardamone, Simons, Mahoney and Witmer, JJ.